UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CAUSE NO. 3:08-CR-00018(01)RM |
| ) | |
| TYRONE VAUGHN ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on April 15, 2008 [Doc. No. 20]. Accordingly, the court now ADOPTS the findings and recommendation, ACCEPTS defendant Tyrone Vaughn's plea of guilty, and FINDS the defendant guilty of Counts 1, 2 and 4 of the Indictment, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 922(g)(1) .

SO ORDERED.

ENTERED:   May 6, 2008

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court