UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | CAUSE NO. 3:08-CR-00018(01)RM |
| | ) | |
| TYRONE VAUGHN | ) | |

OPINION AND ORDER

Having reviewed the defendant Tryone Vaughn's motion for leave to proceed in forma pauperis pursuant to Federal Rule of Appellate Procedure 24(a)(3) (document # 54), the court now GRANTS the motion. IT IS THEREFORE ORDERED that the defendant-appellant be permitted to prosecute his direct appeal without prepayment of docketing fees and costs.

SO ORDERED.

Entered: December 8, 2008

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court

cc: counsel of record